IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TORIANDO MASON                                                                          PETITIONER

CASE NO. 4:17-CV-299-KGB-BD

STATE CIRCUIT COURT OF
ARKANSAS                                                                                RESPONDENT

RECOMMENDED DISPOSITION

I.   Procedure for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.   Discussion

Petitioner Toriando Mason filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 on May 3, 2017. (Docket entry #1) In an order dated May 8, 2017, the Court notified Mr. Mason of several problems with this filing. (#2) First, he had not filed a motion to proceed *in forma pauperis* or paid the filing fee. Second, and more importantly, his petition failed to state a basis for federal habeas corpus relief. (#2) The

Court gave Mr. Mason thirty days to address the filing fee requirement by filing an application to proceed *in forma pauperis* or pay the $5.00 filing fee. The Court also gave Mr. Mason an opportunity to file an amended petition within the same thirty day period. The Court cautioned Mr. Mason that failure to comply with the order would result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. (#2)

Mr. Mason has not filed anything with the Court to address the deficiencies in his petition as set out in the Court's order.  To date, he has not filed an application to proceed *in forma pauperis* or paid the $5.00 filing fee.

Due to the stringent federal habeas filing requirements, this Court is hesitant to recommend dismissal of a habeas petition based solely on failing to comply with local rules. In this case, however, it appears that Mr. Mason's only plausible claim concerning his custody is an excessive-bail claim, and there is no evidence he has exhausted his state remedies with respect to that claim. Given these facts, Judge Baker should dismiss Mr. Mason's petition, without prejudice, under Local Rule 5.5(c)(2).

### III.   Certificate of Appealability

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court.  The Court can issue a certificate of appealability only if Mr. Mason has made a substantial showing that he was denied a constitutional right.  28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Mason has not provided a basis for issuing a certificate of appealability.

## IV. Conclusion

For the reasons set forth above, the Court recommends that Mr. Mason's petition be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to pay the filing fee or file an application to proceed *in forma pauperis* and for failure to comply with the Court's May order. In addition, Judge Baker should decline to issue a certificate of appealability.

DATED this 16th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE