IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF RKANSAS
WESTERN DIVISION

TORIANDO MASON                                       PETITIONER

v.                      Case No. 4:17-cv-299 KGB/BD

STATE CIRCUIT COURT OF
ARKANSAS                                               RESPONDENT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 3). Petitioner Toriando Mason has not filed any objection to the Recommended Disposition, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted as this Court's findings in all respects.

Consequently, the Court dismisses without prejudice Mr. Mason's *pro se* petition for a writ of *habeas corpus* for failure to pay the filing fee or file an application to proceed *in forma pauperis* and for failure to comply with this Court's previous Order (Dkt. Nos. 1, 2). *See* Local Rule 5.5(c)(2). This Court declines to issue a certificate of appealability, as it finds that Mr. Mason has not made a substantial showing that he was denied a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

It is so ordered this the 22nd day of August, 2017.

                                                                 Kristine G. Baker
                                                                  United States District Judge