IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF RKANSAS
WESTERN DIVISION

TORIANDO MASON                                                                                  PETITIONER

v.                              Case No. 4:17-cv-299 KGB/BD

STATE CIRCUIT COURT OF
ARKANSAS                                                                                        RESPONDENT

## JUDGMENT

Consistent with the Order entered on this day, the Court dismisses the action without prejudice.

It is so adjudged this the 22nd day of August, 2017.

_____
Kristine G. Baker
United States District Judge